UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL HENDERSON,

    Petitioner,

v.                                              Case No. 8:21-cv-167-WFJ-SPF

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court are Mr. Henderson's Application to Expand or Enlarge Certificate of Appealability (Doc. 28) and Application to Proceed In Forma Pauperis (Doc. 29) on appeal. Upon consideration:

1. The Application to Proceed In Forma Pauperis (Doc. 29) is **DENIED** as incomplete. The denial is without prejudice to Mr. Henderson filing a properly completed application to proceed in forma pauperis that includes a copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

2. The Clerk of the Court must send a copy of the Court's Prisoner Application to Proceed In Forma Pauperis form to Mr. Henderson with his copy of this Order.

3. The Application to Expand or Enlarge Certificate of Appealability (Doc. 28)

is **DENIED**. Jurists of reason would not debate the denial of Grounds Three and Four of the petition. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Mr. Henderson is advised that he may seek a certificate of appealability from the Eleventh Circuit Court of Appeals under Rule 22(b)(1) of the Federal Rules of Appellate Procedure.

**ORDERED** in Tampa, Florida, on May 9, 2024.

                                                WILLIAM F. JUNG
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Michael Henderson, *pro se*